IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLENN RODNEY WRIGHT, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL CASE NO. 3:19-CV-1872-S-BK |
| § | |
| FBI, ET AL. § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE** on the basis of the sanctions imposed by the United States District Court for the Western District of Tennessee. *See Wright v. U.S. Military Millington*, No. 2:11-CV-2363 (W.D. Tenn. June 29, 2012) (requiring payment of the filing fee in full as a condition to filing any case about satellite or internet transmissions or surveillance).

IT IS FURTHER ORDERED that Plaintiff is **SANCTIONED** and **BARRED** from filing future actions *in forma pauperis* in this Court and that any case filed, removed, or transferred without the applicable filing fee shall not be reviewed. *Failure to comply with this order will result in the sua sponte administrative closure of any case filed, removed, transferred by Plaintiff in violation of this order.*

The Court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam).[1] In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**SO ORDERED.**

SIGNED January 15, 2020.

UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order. A timely notice of appeal must be filed even if the court certifies an appeal as not taken in good faith.